850 A.2d 439

IN THE MATTER OF KATHLEEN M. VELLA, AN ATTORNEY
AT LAW (ATTORNEY NO. 000121986).

June 17, 2004.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 03–425, concluding that **KATHLEEN M. VELLA** of **LINWOOD**, who was admitted to the bar of this State in 1986, should be suspended from the practice of law for a period of three months for violating *RPC* 3.3(a)(lack of candor to a tribunal), *RPC* 4.1(a)(2)(failure to disclose a material fact to a third party in order to avoid assisting in a fraud), and *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **KATHLEEN M. VELLA** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective July 16, 2004; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.